**Order entered January 6, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00695-CV**

**IN THE INTEREST OF J.N., L.N., K.N., M.N., CHILDREN**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19715**

**ORDER**

Before the Court is appellee's January 4, 2021 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 15, 2021.

/s/    ERIN A. NOWELL
           JUSTICE